UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHLOMIE SPERBER,

                        Plaintiff,

v.

                                             ORDER

MIDLAND CREDIT MANAGEMENT,
INC.,                                              19-cv-04921 (PMH)

                       Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The parties have informed the Court that they have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED. The Clerk is directed to terminate the motion (Doc. 18).

SO ORDERED:

Dated: New York, New York
          June 11, 2020

                                                   _____
                                                   Philip M. Halpern
                                                   United States District Judge